# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

GENO PITTS

**WARRANT FOR ARREST**

CASE NUMBER: 2:06mj 103-VPM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __GENO PITTS__ and bring him
                                              Name
or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Uttering counterfeit obligations and dealing in counterfeit obligations or securities,

in violation of Title __18__ United States Code, Section(s) __472 & 473__.

| | |
|---|---|
| VANZETTA PENN MCPHERSON | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Vanzetta Penn McPherson | 10/17/06 |
| Signature of Issuing Officer | Date and Location |

(By) Deputy Clerk

Bail fixed at $_____ by _____
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest