AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>GENO M. PITTS<br>2234 Woodley Square, West<br>#323<br>Montgomery, Alabama 36116<br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   2:06CR258-WKW |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>Frank M. Johnson, Jr. Federal Building and U. S. Courthouse Annex<br>1 Church Street<br>Montgomery, Alabama 36104<br>Before:   Hon. Delores R. Boyd, U. S. Magistrate Judge | Room<br>Courtroom 4-A |
|---|---|
| | Date and Time<br>11/29/2006 - 10 a.m. |

To answer a(n)
- [X] Indictment
- [ ] Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

Charging you with a violation of Title __18__ United States Code, Section(s) __472__

Brief description of offense:

Possessing/Uttering counterfeit obligations

DEBRA P. HACKETT, Clerk, U. S. District Court
Name and Title of Issuing Officer

*(signature)*
Signature of Issuing Officer

November 17, 2006
Date

**SCANNED**