**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 11/29/2006

DIGITAL RECORDING: 10:10 – 10:14 am

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☒ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd    DEPUTY CLERK: S. Q. Long, Jr.

CASE NO.: 2:06cr258-WKW-C    DEFT. NAME: GENO PITTS

USA: ~~Brunson~~ Hardwick    ATTY: ~~Don Bethel~~ Petersen
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) ~~Waived~~; (CDO)
( ) Stand In ONLY

USPTSO/USPO: _____

Defendant ____ does  ✓ does NOT need an interpreter

Interpreter present ✓ NO ____ YES   NAME: _____

- ☐ kars.    Date of Arrest _____ or  ☐ karsr40
- ☐ kia.    Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl.    Deft. First Appearance with Counsel
- ☐    Deft. First Appearance without Counsel
- ☐    Requests appointed Counsel   ☐ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff.    Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted    ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐    Deft. Advises he will retain counsel. Has retained _____
- ☐    Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐    Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg.   **Detention Hearing** ☐ held; ☐ set for _____
- ☐ kotempdtn.   ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.    ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls.   Release order entered. Deft. advised of conditions of release
- ☐ kbnd.   ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
-     ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC)   Bond NOT executed. Deft to remain in Marshal's custody
- ☐    Preliminary Hearing ☐ Set for _____
- ☐ ko.    Deft. ORDERED REMOVED to originating district
- ☐ kwvprl.   Waiver of ☐ preliminary hearing; ☐ kwvr40hrg. (Waiver of R.40 Hearing)
- ☐    Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☒ karr.    ARRAIGNMENT SET FOR: ____ ☒ HELD. Plea of **NOT GUILTY** entered. ✓
-     ☒ Set for 1-8-07 Trial Term; ☐ PRETRIAL CONFERENCE DATE: ____
-     DISCOVERY DISCLOSURES DATE: 11-30-06
- ☐ krmknn.   NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- ☐ kwvspt   Waiver of Speedy Trial Act Rights Executed