| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: DECEMBER 15, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:33 - 1:35 |

## PRETRIAL CONFERENCE

PRESIDING MAG. JUDGE: CHARLES S. COODY     DEPUTY CLERK: WANDA STINSON

CASE NUMBER: 2:06CR258-WKW-CSC     DEFENDANT NAME: GENO PITTS

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. KENT BRUNSON | ATTY. DONNIE BETHEL |

✓  **DISCOVERY STATUS:** Complete.

✓  **PENDING MOTION STATUS:** None.

☑  **PLEA STATUS:** possible plea

☐  **TRIAL STATUS:**

☑  **REMARKS:** co-defts trial is set on 4/23/07 term