IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-258-WKW |
| | ) | |
| GENO PITTS | ) | |

<u>MOTION TO CONTINUE TRIAL</u>

Comes now the United States of America, by and through its United States Attorney, Leura G. Canary, and moves this court to continue the trial in the above-styled case as to Geno Pitts and as grounds therefore says as follows:

1.    Defendant Pitts is currently set for trial on January 8, 2007.

2.    Defendant Pitts was indicted with Co-defendant Demontez Lamont Lockett. Lockett is currently set for trial on April 23, 2007.

4.    The undersigned has contacted Don Bethel, attorney for defendant, who has no objection to this request of a continuance.

Wherefore, the above premises considered, in the interest of judicial economy, the United States respectfully requests the Court to continue the trial in the above-styled matter as to Geno Pitts to April 23, 2007, which is the current trial date set for Co-defendant Lockett.

Respectfully submitted this 27th day of December, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Bar Number: ASB-3094-U62K
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-258-WKW |
| | ) | |
| GENO PITTS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2006, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:

Don Bethel.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Bar Number: ASB-3094-U62K
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov