IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-258-WKW |
| | ) | |
| GENO PITTS | ) | |
| | ) | |

## **ORDER**

    This case is before the Court on the government's Motion to Continue Trial (Doc. # 35). The criminal case is currently set for trial during the January 8, 2007 term. For the reasons set forth below, the Court finds that the trial should be continued pursuant to 18 U.S.C. § 3161(h).

    While the grant of a continuance is left to the sound discretion of the trial judge, *United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986), the Court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

18 U.S.C. § 3161(c)(1). However, the Act excludes from the 70 day period any continuance based on delay "when the defendant is joined for trial with a codefendant as to whom the time for trial as not run and no motion for severance has been granted," § 3161(h)(7), and based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(8)(A).

    In support of its motion to continue, the government explained that Mr. Pitts was indicted with codefendant Demontez Lamont Lockett, who is currently set for trial on April 23, 2007. There

has been no motion for severance, and the defendant does not oppose a continuance. The Court finds that the ends of justice served by continuing this trial outweigh the best interest of the public and Mr. Pitts in a speedy trial. Moreover, the interest of judicial economy will be served by a continuance so that the codefendants may be tried together.

Accordingly, pursuant to § 3161(h)(7) and § 3161(h)(8), it is ORDERED that the government's Motion to Continue Trial (Doc. # 35) is GRANTED. Trial in this matter is continued from January 8, 2007, to the criminal term of court beginning on April 23, 2007, at 10:00 a.m.

DONE this 29th day of December, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE