IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO. 2:06CR-258-WKW |
| | ) | |
| GENO PITTS | ) | |
| DEMONTEZ LAMONT LOCKETT | ) | |

## **ORDER**

For good cause, it is

**ORDERED** that the pretrial conference previously set for February 16, 2007 be and is hereby **RESET** for **February 20, 2007 at 1:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 8th day of January, 2007.

　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE