COURTROOM DEPUTY'S MINUTES   DATE: 2/20/2007
MIDDLE DISTRICT OF ALABAMA   DIGITAL RECORDING: 2:18 — 2:41 pm
   COURT REPORTER: Risa Entrekin

☐ ARRAIGNMENT    ☑ CHANGE OF PLEA    ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

PRESIDING MAG. JUDGE: Moorer    DEPUTY CLERK: sql
CASE NUMBER: 2:06CR258-WKW    DEFENDANT NAME: Geno PITTS
AUSA: Brunson    DEFENDANT ATTORNEY: Don Bethel
   Type counsel ( )Waived; ( )Retained; ( )CJA; ( )FPD
   ( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES   Name:

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:   ☐ Not Guilty
   ☑ Guilty as to:
      ☑ Count(s): 3
      ☑ Count(s): 1 & 2 — 4   ☐ dismissed on oral motion of USA
         ☑ to be dismissed at sentencing
✓ Written plea agreement filed   ☐ ORDERED SEALED
✓ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts ___3___.
☐ CRIMINAL TERM:    ☐ WAIVER OF SPEEDY TRIAL filed.
   DISCOVERY DISCLOSURE DATE:
✓ ORDER: Defendant continued under ☑ same bond; ☐ summons; for:
   ☐ Trial on _____; ☑ Sentencing on _____
☐ ORDER: Defendant remanded to custody of U. S. Marshal for:
   ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
   ☐ Defendant requests time to secure new counsel