IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-258-WKW |
| | ) | |
| GENO PITTS | ) | |
| | ) | |

**<u>ORDER</u>**

It is ORDERED that the date of the sentencing hearing in this matter is CONTINUED from May 8, 2007, to **2:45 p.m. on May 10, 2007.**

DONE this 10th day of April, 2007.

                    /s/   W.  Keith Watkins
              UNITED STATES DISTRICT JUDGE