IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-258-WKW |
| | ) | |
| GENO PITTS | ) | |

**UNITED STATES' MOTION FOR DOWNWARD DEPARTURE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and Kent B. Brunson, Assistant United States Attorney for the Middle District of Alabama, and pursuant to United States Sentencing Guideline Section 5K1.1 moves for a two (2) level downward departure in the defendant's total offense level. This request is based upon the following:

The defendant was prepared to testify against his co-defendant who pled guilty. He also provided information to U.S. Secret Service that led to the source of the counterfeit money in Atlanta, Georgia.

WHEREFORE, for the reason set forth above and pursuant to U.S.S.G. § 5K1.1, the government is satisfied the defendant is entitled to a two (2) level reduction in his total offense level.

Respectfully submitted this the 19th day of April, 2007.

                                                                LEURA G. CANARY
                                                                UNITED STATES ATTORNEY

                                                               /s/ Kent B. Brunson
                                                              KENT B. BRUNSON
                                                              Assistant United States Attorney
                                                              Bar Number: ASB-3094-U62K
                                                              One Court Square, Suite 201
                                                              Montgomery, Alabama 36104
                                                              Telephone: (334) 223-7280
                                                              Fax: (334) 223-7135
                                                              E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-258-WKW |
| | ) | |
| GENO PITTS | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie W. Bethel, Esq.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Kent B. Brunson
    KENT B. BRUNSON
    Assistant United States Attorney
    Bar Number: ASB-3094-U62K
    One Court Square, Suite 201
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: kent.brunson@usdoj.gov