AO 245B  (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

**DEFENDANT:** GENO M. PITTS
**CASE NUMBER:** 2:06cr258-001-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

30 days

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _2:00_  ☐ a.m.  ☒ p.m.  on _6-11-07_

☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X  before 2 p.m. on   June 11, 2007   . Elmore County Jail

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

*RETURNED AND FILED*
*JUN 13 2007*
*CLERK*
*U.S. DISTRICT COURT*
*MIDDLE DIST. OF ALA.*

*RECEIVED 2007 JUN 13 A 11: 5_*
*UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA*

I have executed this judgment as follows:

Turned Self in
Defendant delivered on _6/11/07_ to _Elmore Co. Jail_
at _Wetumpka 2:00pm_, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

_Sue Reknd Warden_